FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 3 2023
KHS
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23 CR 1078 JB |
| ) | |
| vs. ) | Counts 1 - 3: 18 U.S.C. § 1153 and N.M. |
| ) | STAT. ANN. § 30-6-1(D): Abandonment |
| **LOGAN NELSON,** ) | and Abuse of a Child, Recklessly Caused, |
| ) | Resulting in Great Bodily Harm. |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about October 2022, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **LOGAN NELSON,** an Indian, and parent, guardian, and custodian of Jane Doe, a minor under the age of 18, knowingly, recklessly, and without justifiable cause, caused Jane Doe to be placed in a situation that may have endangered the child's life and health and to be tortured and cruelly punished, resulting in great bodily harm to Jane Doe's ulna.

In violation of 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D).

## Count 2

On or about October 2022, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **LOGAN NELSON,** an Indian, and parent, guardian, and custodian of Jane Doe, a minor under the age of 18, knowingly, recklessly, and without justifiable cause, caused Jane Doe to be placed in a situation that may have endangered the child's life and health and to be tortured and cruelly punished, resulting in great bodily harm to Jane Doe's humerus.

In violation of 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D).

## Count 3

On or about October 2022, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **LOGAN NELSON,** an Indian, and parent, guardian, and custodian of Jane Doe, a minor under the age of 18, knowingly, recklessly, and without justifiable cause, caused Jane Doe to be placed in a situation that may have endangered the child's life and health and to be tortured and cruelly punished, resulting in great bodily harm to Jane Doe's ribs, tibias, and right fibula.

In violation of 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney